**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

LEON L. RUFFIN, JR. (#298955)

CIVIL ACTION

VERSUS

25-622-SDD-EWD

AMY MATTHEWS, ET AL.

**RULING**

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated October 20, 2026, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the exercise of supplemental jurisdiction is declined, and Plaintiff Leon Ruffin's claims against Michael Harrison in his official capacity for monetary relief, as well as Ruffin's claims for compensatory damages against Harrison are dismissed with prejudice for failure to state a claim based on this Court's screening under 28 U.S.C. §§ 1915(e) and 1915A, and that this case is referred back to the Magistrate Judge for further proceedings on Ruffin's claims for nominal and punitive damages against Harrison for deliberate indifference to a serious medical need.

Signed in Baton Rouge, Louisiana, on this 19 day of November, 2026.

Shelly Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

[1] Rec. Doc. 14.
[2] Rec. Doc. 16.